**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**CIVIL MINUTES**

Case No.:    **CV 10-281-BR**                                    Date: **January 11, 2011**

Case Title:  **Estate of Matteo Kuzma v. Amby Baby USA LLC et al**

Presiding Judge:  **Anna J. Brown**              Courtroom Deputy:  **Bonnie Boyer**
                                                                    Tele: (503) 326-8053
                                                       e-mail: Bonnie_Boyer@ord.uscourts.gov

Reporter:

| **PLAINTIFF'S COUNSEL** | **DEFENDANT'S COUNSEL** |
| --- | --- |
| | |

**DOCKET ENTRY: MINUTE ORDER**

Because the Local Rule 56-1(a)(2) requirement for a concise statement of material facts to be filed with every motion for summary judgment has been rescinded effective January 1, 2011, the Court makes the following addition to its case-management orders in this case:

Before the filing of any dispositive motion, the parties jointly must complete and file the "Agreed Facts" section that is a standard part of any pretrial order and include therein all material, undisputed facts necessary to the resolution of the case.  Those agreed facts will serve as the basic evidentiary record for any dispositive motion.  To the extent there are additional but disputed material facts that a moving or opposing party wishes to include in the record for purposes of a dispositive motion, they may do so by any admissible means; *e.g.,* by Declaration or other admissible evidence.  Accordingly, any disputed facts set out in memoranda must be supported by citations to the record, and any such disputed facts will be deemed admitted if they are not contradicted by admissible evidence.  If issues remain for trial after a dispositive motion is resolved, the parties then will complete the remaining parts of a proposed pretrial order.

Accordingly, the case-management schedule in this matter is modified as follows:

**No later than April 1, 2011,** the parties must file a Joint Statement of Agreed Facts, which will serve as that part of the standard pretrial order.

The deadline to file dispositive motions is moved to **April 15, 2011.**  An updated Joint ADR Report also is due on **April 15, 2011.**

All other previously set deadlines remain in effect.

IT IS SO ORDERED.

cc:  (  )  All counsel                                    DOCUMENT NO: _____

**Civil Minutes**
**Hon. Anna J. Brown**